# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Falvey, Joseph L. | U.S. Court of Appeals for Veterans Claims | 5/1/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S, Court of Appeals for Veterans Claims
625 Indiana Avenue, Suite 900
Washington, DC 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falvey, Joseph L. | 5/1/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falvey, Joseph L. | 5/1/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Falvey, Joseph L.** | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. DFA Emerging Markets Core Equity (DFCEX) | B | Int./Div. | L | T | | | | | |
| 3. DFA Enhanced US Large Company (DFELX) | D | Int./Div. | M | T | | | | | |
| 4. DFA Five Year Global Fixed (DFGBX) | B | Int./Div. | L | T | | | | | |
| 5. DFA International Core Equity (DFIEX) | C | Int./Div. | M | T | | | | | |
| 6. DFA US Large Cap Value (DFLVX) | C | Int./Div. | L | T | | | | | |
| 7. DFA US Small Cap Value (DFSTX) | B | Int./Div. | K | T | | | | | |
| 8. Fuller & Thale Behavioral Sm-Cp Eq Inst (FTHSX) | A | Int./Div. | K | T | | | | | |
| 9. Matthews Asia Dividend (MIPIX) | A | Int./Div. | K | T | | | | | |
| 10. Osterweis Strategic Income Fund (OSTIX) | C | Int./Div. | L | T | Sold (part) | 03/27/19 | J | A | |
| 11. | | | | | Sold (part) | 09/30/19 | J | A | |
| 12. Prudential Absolute (PADZX) | C | Int./Div. | L | T | Sold (part) | 01/09/19 | J | A | |
| 13. Prudential Total Returns (PDBZX) | C | Int./Div. | L | T | Sold (part) | 06/28/19 | J | A | |
| 14. Touchstone Sands Capital Emerging Markets Growth (TSEMX) | A | Int./Div. | K | T | | | | | |
| 15. Vanguard Short-Term Investment-Grade Admiral Shares | A | Int./Div. | K | T | | | | | |
| 16. IRA #2 (H) | | | | | | | | | |
| 17. DFA Emerging Markets Core Equity (DFCEX) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falvey, Joseph L. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | DFA Enhanced US Large Company (DFELX) | B | Int./Div. | K | T | | | | | |
| 19. | DFA Five Year Global Fixed (DFGBX) | A | Int./Div. | J | T | | | | | |
| 20. | DFA International Core Equity (DFIEX) | A | Int./Div. | K | T | Buy (add'l) | 03/15/19 | J | | |
| 21. | DFA US Large Cap Value (DFLVX) | A | Int./Div. | J | T | Buy (add'l) | 03/15/19 | J | | |
| 22. | DFA US Small Cap Value (DFSTX) | A | Int./Div. | J | T | Buy (add'l) | 03/15/19 | J | | |
| 23. | Fuller & Thale Behavioral Sm-Cp Eq Inst (FTHSX) | A | Int./Div. | J | T | | | | | |
| 24. | Matthews Asia Dividend (MIPIX) | A | Int./Div. | J | T | | | | | |
| 25. | Osterweis Strategic Income Fund (OSTIX) | A | Int./Div. | K | T | Sold (part) | 01/09/19 | J | A | |
| 26. | Prudential Absolute (PADZX) | A | Int./Div. | J | T | | | | | |
| 27. | Prudential Total Returns (PDBZX) | A | Int./Div. | J | T | Sold (part) | 06/28/19 | J | A | |
| 28. | Touchstone Sands Capital Emerging Markets Growth (TSEMX) | A | Int./Div. | J | T | | | | | |
| 29. | Vanguard Short-Term Investment-Grade Admiral Shares | A | Int./Div. | J | T | | | | | |
| 30. | Universal Life Insurance (H) | | | | | | | | | |
| 31. | USAA Flexible Premium Adjustable Life Insurance Policy #1 | B | Interest | K | T | | | | | |
| 32. | USAA Flexible Premium Adjustable Life Insurance Policy #2 | B | Interest | K | T | | | | | |
| 33. | 529 #2 (H) | | | | | | | | | |
| 34. | Michigan Education Savings Program Investment Age-Based Option | | None | L | T | Sold (part) | 01/07/19 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falvey, Joseph L. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold<br>(part) | 04/15/19 | J | B | |
| 36. | | | | | | Sold<br>(part) | 08/19/19 | J | D | |
| 37. | | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 38. | 529 #3 (H) | | | | | | | | | |
| 39. | Michigan Education Savings Program<br>Investment Age-Based Option | | None | M | T | Sold<br>(part) | 01/07/19 | J | B | |
| 40. | | | | | | Sold<br>(part) | 04/15/19 | J | B | |
| 41. | 529 #4 (H) | | | | | | | | | |
| 42. | Michigan Education Savings Program<br>Investment Age-Based Option | | None | L | T | | | | | |
| 43. | 529 #5 (H) | | | | | | | | | |
| 44. | Michigan Education Savings Program<br>Investment Age-Based Option | | None | K | T | | | | | |
| 45. | Bank Accounts (H) | | | | | | | | | |
| 46. | USAA FSB Cash Accounts | A | Interest | M | T | | | | | |
| 47. | Citizens Bank Cash Account | A | Interest | J | T | | | | | |
| 48. | Family Trust #1 (H) | | | | | | | | | |
| 49. | Morgan Stanley Bank Cash Account | A | Interest | | | Closed | 12/31/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falvey, Joseph L. | 5/1/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.

As noted, I am the Trustee for Family Trust #1.  My spouse is one of several beneficiaries of this trust.  She, and the other beneficiaries, received distributions in equal amounts from this trust in 2019. These distributions depleted the trust account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph L. Falvey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544